No. 674, Misc. McCREE v. MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se. Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Donald T. Kane,* Assistant Attorney General, for respondent.

No. 677, Misc. JOSEPH v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

Nos. 692, Misc., and 693, Misc. HAWKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 707, Misc. SMITH v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Frank S. Hogan* for respondent.

No. 752, Misc. WILLIAMS v. TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Waggoner Carr,* Attorney General of Texas, and *Sam R. Wilson, Gilbert J. Pena* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondents.

No. 777, Misc. SORRENTI v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 855, Misc. MAULT v. NEW YORK. Court of Appeals of New York. Certiorari denied.